1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:    (408) 535-5040
   Facsimile:    (408) 535-5081
7  michael.pitman@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:22-CR-00018-EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| VIRGINIA VILLICANA TAPIA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Virginia Villicana Tapia.

DATED: January 25, 2022                    Respectfully submitted,

                                           STEPHANIE M. HINDS
                                           United States Attorney

                                           *Thomas A. Colthurst*
                                           THOMAS A. COLTHURST
                                           Chief, Criminal Division

NOTICE OF DISMISSAL
No. 5:22-CR-00018-EJD_____
                              1                                    v. 8/4/2021

1
2   Leave is granted to the government to dismiss the indictment against Virginia Villicana Tapia.
3
4
  Date: January 28, 2022
5
                                              HON. EDWARD J. DAVILA
6                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28